UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RASIM HOT,

Petitioner,

- against -

RAUL MALDONADO JR., *in official capacity as Warden, Metropolitan Detention Center, Brooklyn*, *et al.*,

Respondents.
-------------------------------------------------------x

**ORDER TO SHOW CAUSE**
26-CV-5342 (PKC)

PAMELA K. CHEN, United States District Judge:

Upon review of Petitioner Rasim Hot's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (Pet., Dkt. 1), and Emergency Motion for a Temporary Restraining Order, (Mot., Dkt. 2), it is hereby ordered that:

1. Respondents shall, by **5:00 p.m. on September 3, 2026, show cause in writing why a writ of habeas corpus should not be issued and why Petitioner should not be immediately released**. *See* 28 U.S.C. § 2243. Their response must:

a) state the statutory provision(s) under which Respondents assert the authority to detain Petitioner currently and the provision(s) under which Respondents asserted the authority to detain Petitioner at the time of his arrest;

b) provide all records that are material to this action, including, but not limited to, all records concerning efforts to effectuate Petitioner's removal, all records related to Petitioner's arrest and custody determination(s), and any other exhibits necessary to establish the "lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition," *see Belqui M. v. Bondi*, No. 26-CV-0308 (MJD) (SGE), 2026 WL 185203, at *1 (D. Minn. Jan. 21, 2026), *report and recommendation adopted*, 2026 WL 194071 (D. Minn. Jan. 25, 2026); and

c) provide a sworn declaration by a government official with personal knowledge of the facts on which Respondents rely in any opposition to the

Petition, including the basis for arresting and detaining Petitioner and the basis for any custody determination(s).

2. To preserve the Court's jurisdiction pending a ruling on the Petition, Respondents are **restrained from removing Petitioner from the United States** until further order of this Court. *See M.K. v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (collecting cases ordering same).

3. Furthermore, considering Petitioner's interest in participating in proceedings before this Court and maintaining adequate access to legal counsel, Respondents are **restrained from transferring Petitioner to a facility outside of this District or the Southern District of New York** absent further order of this Court. *See* Order to Show Cause, *Samb v. Joyce*, No. 25-CV-6373 (DEH) (S.D.N.Y. Aug. 4, 2025), Dkt. No. 3 (collecting cases issuing similar orders); 28 U.S.C. § 1651(a) (empowering courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law").

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: August 31, 2026
Brooklyn, New York